IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LASHAUNA ANTONETTE FLEMONS                  PLAINTIFF

v.                Civil No. 06-2029

SGT. ROBERT CROUCH;
DEPUTY ERICA PATE;
DEPUTY K. HALSEY;
CAPT. CONGER; and
LT. JACKSON                                              DEFENDANTS

## **ORDER**

Plaintiff's complaint was filed in this case on March 7, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to her claims.

Accordingly, it is ordered that plaintiff, LaShauna Antonette Flemons, complete and sign the attached addendum to her complaint, and return the same to the court **by April 28, 2006. Plaintiff is advised that should she fail to return the completed and executed addendum by April 28, 2006, her complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 27th day of March 2006.

                                                       /s/ Beverly Stites Jones
                                                       UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


LASHAUNA ANTONETTE FLEMONS                                       PLAINTIFF

             v.                  Civil No. 06-2029

SGT. ROBERT CROUCH;
DEPUTY ERICA PATE;
DEPUTY K. HALSEY;
CAPT. CONGER; and
LT. JACKSON                                                                              DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: LaShauna Antonette Flemons

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by April 28, 2006**. Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

     In your complaint, you allege your rights have been violated in the following ways:

     (1) You were locked in your cell for almost 72 hours by Deputy Halsey when you wrote a grievance. You state Sgt. Crouch lied and said your door had been opened three times during meals. You indicate Halsey admitted not giving you time out for days on January 26th and no hour out on February 11th through the 13th;

(2) You allege Halsey allows an ungloved inmate, who pricks her finger for a sugar check before each meal, to serve your meals and drink under the door. On February 12th, you indicate there was blood on your cup and tray;

(3) On February 9th, you allege Erica Pate threatened to hit you. When you filed a grievance, you allege Crouch merely said you had gotten loud with the deputy;

(4) On February 11th, you allege Halsey came to your cell while you were asleep and yanked the blanket you were sleeping on and pulled you off the bunk. You state Crouch once again said your mouth had caused the problem and then he took your mat from you;

(5) On February 12th, you wrote a grievance asking not to be under the direct supervision of Pate and Halsey. You indicate you received no response and got no relief when you talked with Lt. Jackson; and

(6) You indicate you wrote Captain Conger and Sheriff Atkinson about your problems and asked to file a formal complaint and they merely replied that they would get back to you.

1. Provide the dates of your incarceration at the Sebastian County Detention Center (SCDC).

Answer:

_____

_____

_____

2. Please state why you were booked into the SCDC. For instance, were you being charged with a criminal offense, or serving a sentence, or was your probation or parole being revoked?

Answer:

_____

_____

_____

_____

    3. You indicate there was a period of days in late January when you did not receive any time out of your cell and no hour out on February 11th through February 13th.

    (A). Please state how long you went without any time outside your cell in late January?

Answer:

_____

_____

_____

_____

    (B). Were you on lock down or were you being charged with a disciplinary violation?

Answer: Yes _____ No _____.

If you answered yes, please state why you were on lock down or what disciplinary violation you were being charged with. If you were charged with a disciplinary violation, please indicate whether you were found guilty of the violation.

_____

_____

_____

_____

_____

_____

_____

_____

  (C). Was Halsey the deputy responsible for allowing you and other inmates time outside your cell?

  Answer: Yes _____ No _____.

  If you answered yes, please state what hours Halsey worked and whether other officers were also working.

_____

_____

_____

_____

_____

  If you answered no, please explain.

_____

_____

_____

_____

_____

  (D). Please explain the reason given for you not being allowed your hour out on February 11th through the 13th.

  Answer:

_____

_____

_____

_____

_____

(E). Other than the days you mention, have you received time outside your cell?

Answer:

_____

_____

_____

_____

(F). How many hours a day are you locked down in your cell?

Answer:

_____

_____

_____

_____

(G). Do you have access to a day-room or recreation yard?

Answer:

_____

_____

_____

_____

  (H). Please state when you are allowed outside your cell and what activities you are allowed to do during that time.

  Answer:

_____

_____

_____

_____

_____

_____

_____

_____

  (I). Do you contend Halsey refused you time out of your cell in retaliation for your having submitted grievances?

  Answer: Yes _____ No _____.

  If you answered yes, please explain why you believe Halsey acted in retaliation. Also state when you had submitted grievances and whether the grievances involved Halsey.

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. You allege there was blood on your cup and tray on February 12th.

(A). How do you know it was blood?

Answer:

_____

_____

_____

_____

_____

(B). How do you know the inmate serving the food pricks her finger to check her blood sugar level before she serves the food?

Answer:

_____

_____

_____

_____

_____

_____

  (C).  Is the inmate involved in preparing the food?

  Answer:  Yes _____ No _____.

  If you answered yes, please explain.

_____

_____

_____

_____

_____

  (D).  Is the food on your tray covered or sealed in anyway?

  Answer:  Yes _____ No _____.

  If you answered yes, please explain.

_____

_____

_____

_____

  (E).  Was the only occasion this inmate served the food on February 12th?

  Answer:  Yes _____ No _____.

  If you answered no, please explain.  In doing so, please state how often this inmate served food.

_____

_____

_____

_____

_____

_____

_____

_____

5. You state Erica Pate threatened to hit you. Did Pate use any physical force against you?

Answer: Yes _____ No _____.

If you answered yes, please describe the amount of force she used and any injuries you suffered.

_____

_____

_____

_____

_____

If you answered no, please describe what was occurring and how she threatened you.

_____

_____

_____

_____

_____

      6. Have you named Sgt. Crouch as a defendant solely because of the responses he made to grievances you submitted?

      Answer:  Yes _____ No _____.

      If you answered yes, please explain how you believe his responses violated your rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please explain in detail how he violated your rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. On February 11th, you state Halsey came to your cell and jerked your blanket away causing you to fall off your bunk.

(A). Please state why Halsey came and took your blanket away.

Answer:

_____

_____

_____

_____

_____

_____

(B). Do you contend Halsey used excessive physical force against you?

Answer: Yes _____ No _____.

If you answered yes, please describe the amount of force used and any injuries you sustained.

_____

_____

_____

_____

_____

    (C). When you submitted a grievance you state your mat was taken away. What was the reason for your mat being taken away?

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

    8. Please state how you believe Lt. Jackson violated your rights by failing to take you out from under the supervision of Pate and Halsey.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. Please explain in detail how you believe Captain Conger violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
LaShauna Antonette Flemons

_____
DATE