IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LASHAUNA ANTONETTE FLEMONS                                    PLAINTIFF

v.                        Case No. 06-2029

SGT. ROBERT CROUCH;
DEPUTY ERICA PATE;
DEPUTY K. HALSEY;
CAPT. CONGER; and
LT. JACKSON                                                  DEFENDANTS

**ORDER**

Now on this 16th day of October 2006, there comes on for consideration the report and recommendation filed herein on September 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29). Plaintiff has not filed any objections to the report and recommendation. The Court notes that Plaintiff's mail was returned to the Clerk's office as undeliverable, however, Plaintiff has not provided the Court with another mailing address.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion to dismiss ( Doc. 22) is GRANTED and this action is dismissed on the grounds that Plaintiff has failed to obey an order of this Court and to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge